ELISSA D. MILLER
millertrustee@sulmeyerlaw.com
333 S. Hope Street, 35th Floor
Los Angeles, CA  90071
Telephone: (213) 626-2311
Facsimile: (213) 629-4520

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>JESUS MARTINEZ<br><br>Debtor(s). | Case No. 2:09-BK-38165-EC<br>Chapter 7<br><br>TRUSTEE'S WITHDRAWAL<br>OF REPORT OF NO ASSETS<br><br>(No Hearing Required) |

The undersigned Trustee does hereby withdraw her Report of No Assets filed with this Court on or about November 17, 2009.

DATED: February 8, 2010

/s/ Elissa D. Miller
ELISSA D. MILLER, Trustee